UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

|  |  |
|---|---|
| JENNIFER GARLICK,<br>    Plaintiff,<br><br>v.<br><br>SOURCE RECEIVABLE MANAGEMENT, LLC,<br>    Defendant. | Civil Action No: 13-772L |

## DISMISSAL STIPULATION WITH PREJUDICE

The parties in the above-captioned action, pursuant to the provisions of Federal Rules of Civil Procedure 41(a)(1)(ii), hereby stipulate that said action be dismissed with prejudice and without costs.

| The Plaintiff<br>Jennifer Garlick, Pro Se, | The Defendant,<br>Source Receivable Management, LLC,<br>By its Attorney, |
|---|---|
| /s/ Jennifer Garlick | /s/ Luana DiSarra Scavone |
| Jennifer Garlick, Pro Se<br>9A Shadow Brook Lane<br>Smithfield, RI 02917<br>Tel: 401-742-8248 | Luana DiSarra Scavone - #8224<br>Litchfield Cavo, LLP<br>6 Kimball Lane, Suite 200<br>Lynnfield, MA 01940<br>Tel: (781) 309-1500<br>Fax: (781) 246-0167<br>disarra@litchfieldcavo.com |

Dated: February 19, 2014

## CERTIFICATE OF SERVICE

    I hereby certify that on this 19th day of February, 2014, the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electric Filing and paper copies will be sent to those indicated as non-registered participants.

                                          /s/ Luana DiSarra Scavone

                                          Luana DiSarra Scavone